UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK GALLAWAY, | ) | CASE NO. CV 10-6078-JST (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| R. HILL, WARDEN OF FSP, | ) | |
| Respondent. | ) | |

Pursuant to the Order Granting Petitioner's Request to Voluntarily Dismiss His Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: <u>January 26, 2011</u>.

JOSEPHINE STATON TUCKER
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Gallaway judgment.wpd